# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BRENDA FLUEGAL and SIANA BRYSON,** *Plaintiffs* | § § § § |
| **v.** | § § Case No. 1:22-cv-00908-SH |
| **ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,** *Defendant* | § § § § |

**O R D E R**

Before the Court is Plaintiff Siana Bryson and Defendant Allstate Fire and Casualty Insurance Company's Motion to Dismiss with Prejudice, filed September 19, 2024. Dkt. 36. Plaintiff Siana Bryson and Defendant have settled all matters between them and ask the Court to dismiss her claims against Defendant.

Accordingly, the Court **GRANTS** the Motion to Dismiss with Prejudice (Dkt. 36) and **DISMISSES** Plaintiff Siana Bryson's claims against Defendant **WITH PREJUDICE**, with each party bearing their own costs. The Court **FURTHER ORDERS** the Clerk to **TERMINATE** Siana Bryson as a party in this suit. Plaintiff Brenda Fluegal's claims against Defendant remain pending.

**SIGNED** on September 20, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE